UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO
CIVIL ACTION NO. 4:15CV-P30-JHM

**MICHAEL JOE KNIGHT**                                                                      **PLAINTIFF**

v.

**CPL. BACKHURST** *et al.*                                                     **DEFENDANTS**

### MEMORANDUM OPINION

      Plaintiff Michael Joe Knight, a *pro se* prisoner, initiated this civil action under 42 U.S.C. § 1983. Upon filing the instant action, he assumed the responsibility of keeping this Court advised of his current address and to actively litigate his claims. *See* LR 5.2(d) ("All pro se litigants must provide written notice of a change of address to the Clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions.").

      The Clerk of Court sent mailings to Plaintiff on March 20, 2015, and April 6, 2015. The mailings were returned by the United States Postal Service marked "Return to Sender, Not Deliverable as Addressed, Unable to Forward." Plaintiff apparently is no longer housed at his address of record, and he has not advised the Court of a change of address. Therefore, neither notices from this Court nor filings by Defendants in this action can be served on Plaintiff. In such situations, courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962). Because it appears

to this Court that Plaintiff has abandoned any interest in prosecution of this case, the Court will dismiss the case by separate Order.

Date:   June 25, 2015

                              **Joseph H. McKinley, Jr., Chief Judge**
                              **United States District Court**

cc:    Plaintiff, *pro se*
       Defendants
4414.010

2